# Court of Appeals
# of the State of Georgia

ATLANTA,   October 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0391.  JACQUELYN DIXON v. THE STATE.**

Jacquelyn Dixon was convicted of trafficking in cocaine.  She timely filed a motion for new trial, which the trial court denied by order entered August 30, 2012. On October 2, 2012, Dixon filed a notice of appeal to this Court.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because the notice of appeal was filed 33 days after entry of the order on appeal, we lack jurisdiction.  Accordingly, this appeal is hereby DISMISSED.

Because Dixon was represented by counsel, we inform her of the following pursuant to *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):  This appeal has been dismissed because your counsel failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Dixon and to Dixon's attorney, who is also directed to send a copy to Dixon.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 10/24/2012
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*